**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**DIMITRIOS GOROS,**

            **Plaintiff,**       9:03-CV-407
                                     (GLS/GHL)
      **v.**

**CENTRAL OFFICE REVIEW**
**COMMITTEE; ANGEL GUTIERREZ,**
Physician; and **VIRGINIA BLUFF,**
Physician,

           **Defendants.**
_____

**APPEARANCES:**                       **OF COUNSEL:**

**FOR THE PLAINTIFF:**

DIMITRIOS GOROS
Plaintiff, *Pro Se*
93-A-5609
Mohawk Correctional Facility
6100 School Road
P.O. Box 8451
Rome, New York 13442

**FOR THE DEFENDANTS:**

HON. ELIOT J. SPITZER          CHARLES J. QUACKENBUSH
New York Attorney General      Assistant Attorney General
The Capitol
Albany, New York 12224

**Gary L. Sharpe**
**U.S. District Judge**

# ORDER

The above-captioned matter comes before this court following a Report-Recommendation issued by Magistrate Judge George H. Lowe on July 5, 2006. *See Dkt. No. 40.* Despite the passage of ten days, Goros has not filed objections and has therefore defaulted. Having reviewed the Report-Recommendation for clear error, *see Almonte v. N.Y. State Div. of Parole*, 9:04-CV-484, 2006 WL 149049, at *4 (N.D.N.Y. Jan. 18, 2006), and finding none, this court adopts Judge Lowe's Report-Recommendation in its entirety.

**WHEREFORE,** for the foregoing reasons, it is hereby

**ORDERED,** that the July 5, 2006 Report-Recommendation of Judge Lowe is **ACCEPTED** in its entirety for the reasons stated therein; and it is further

**ORDERED,** Goros' motion for injunctive relief (**Dkt. No. 34**) is **DENIED**; and it is further

**ORDERED,** that defendants' cross-motion for judgment on the pleadings (**Dkt. No. 39**) is **GRANTED**; and it is further

**ORDERED,** that the complaint (**Dkt. No. 1**) is **DISMISSED IN ITS ENTIRETY**; and it is further

**ORDERED,** that the Clerk of the Court provide a copy of this Order to

the parties by regular mail.

September 26, 2006
Albany, New York

_____
United States District Court Judge